**Opinion filed October 12, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00099-CV
_____

**PAMELA HOLBROOK BOOKER, Appellant**

**V.**

**PERMIAN AGENCY, INC.; JOHN R. MCKENZIE; AND
XIAORONG ZHENG, Appellees**

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-21-10-1200-CV**

## M E M O R A N D U M   O P I N I O N

Appellant, Pamela Holbrook Booker, filed a notice of appeal on April 26, 2023. According to the district clerk, Appellant has not submitted a request for preparation of the clerk's record, filed a designation of record, paid for the clerk's record, or made arrangements to pay for it. *See* TEX. R. APP. P. 35.3(a)(2). We have granted three prior requests for extension of time to file the clerk's record based on Appellant's lack of diligence in designating or paying for, or making arrangements to pay for, the clerk's record. Further, we granted in part Appellant's "Motion to

Extend Time to Pay for Clerk's Record" on June 29, 2023. We note that Appellant is not indigent, as she conceded in her motion, nor is she entitled to proceed without payment of costs. *See* TEX. R. APP. P. 37.3(b).

When we granted her motion in part, we notified Appellant, by letter dated June 29, 2023, that Appellant must resolve this matter by July 7, 2023, and that this appeal would be subject to dismissal if Appellant failed to resolve this matter on or before that date. *See id*. Appellant has not resolved the matter. On August 24, 2023, we granted Appellant's attorney's motion to withdraw, which stated that he had been "discharged from representing" Appellant in the appeal. We extended the deadline for the filing of the clerk's record to August 30, 2023.

On September 1, 2023, we notified Appellant by letter that the clerk's record had not been received and that the failure to make arrangements for the payment and preparation of the clerk's record by September 22, 2023, may result in the dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Nevertheless, Appellant has still failed to resolve the matter. Appellees have filed a motion to dismiss the appeal based on Appellant's repeated and ongoing failure to comply with the notices from the clerk that require a response or action within a specified time. *See* TEX. R. APP. P. 42.3(c).

We grant Appellees' motion and dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b), 42.3(b).

W. STACY TROTTER

JUSTICE

October 12, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.